IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **TERRELL MICKELS,** | * | |
| #11733-003 | * | |
| | * | |
| Petitioner, | * | CRIMINAL NO. 10-152-WS-B |
| | * | CIVIL ACTION NO. 14-00357-WS-B |
| vs. | * | |
| | * | |
| **UNITED STATES OF AMERICA,** | * | |
| | * | |
| Defendants. | * | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Mickels' habeas petition be **DISMISSED** as barred by the statute of limitations and that he is not entitled to a certificate of appealability, and consequently, is not entitled to appeal *in forma pauperis*.

**DONE** this 29th day of June, 2015.

s/WILLIAM H. STEELE
**CHIEF UNITED STATES DISTRICT JUDGE**